### BRANDT v. COMPUTING CLOTH MEASURING MACHINE COMPANY.

ATKINSON, J. This case is controlled by the decision this day rendered in *Brandt* v. *Buckley*, ante, 389.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
        No. 223. NOVEMBER 17, 1917.